IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L. ROYAL FISHER,<br>    Plaintiff,<br><br>V.<br><br>REBECCA MCBRIDE, Clerk/D.C.C.<br>THOMAS CARROLL, Warden/D.C.C.<br>STAN TAYLOR, Commiss. /D.C.C.<br>MRS. T. JOHNSON, Counselor/DCC<br>CINDY W., Clerk/DCC<br>LIZ.,        "        "<br>K.F.,        "        "<br>Jean,        "     Y.C.C.<br>GREGORY E. SMITH, D.A.C.<br>JANE BRADY, (Former) State's A.G.,<br>    Defendants. | CIVIL ACTION NO. 04-189-JJF<br><br>MOTION TO REINSTATE<br><br>AND<br><br>AMEND THE COMPLAINT<br><br>PD scann-d<br>FILED<br>OCT 31 2006<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

COME NOW, L. Royal Fisher, Plaintiff-Petitioner, and petitions this Honorable Court to permit him to reinstate, and amend, this Complaint for the following reasons:

1. On March 4, 2005, this Court dismissed without prejudice this complaint due to there being a Writ Of Habeas Corpus then pending befor this Court at that time.

2. On February 17, 2006, the Writ of Habeas Corpus was exhausted in and by the 3rd Circuit Court Of Appeals.

3. Plaintiff now come to reinstate and be allowed to amend his Complaint.

4. Attached herein is Plaintiff's Amended Complaint.

Dated: Oct. 27, 2006.

Respectfully Yours,

L. Royal Fisher,
Pro se.
D.C.C. #290219
1181 Paddock Rd.
Smyrna, DE 19977