L. Royal Fisher
D.C.C. #290219
1181 Paddock Rd.
Smyrna, Del.
19977

Oct. 27, 2006

Peter T. Dalleo
U.S.D. Court Clerk
844 N. King St.
Wilmington, Del.
19801



FILED
OCT 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanner

Re: Fisher v. Carroll
     C.A. No. 04-189-JJF

Dear Mr. Dalleo:

Please find enclosed the original and 4 copies of a Motion to Reinstate and Amend the complaint in accordance with F.R.C.P.

Would you kindly file same in the U.S.D. Court? I sent 4 copies to the State Attorney General's office as they are the attorney for the defendants.

Respectfully yours,
L. Royal Fisher
L. Royal Fisher

## Certificate of Service

I, L. Royal Fisher ,hereby certify that I have served a true And correct cop(ies) of the attached: Motion To Reinstate And Amend The Complaint upon the following parties/person (s):

TO: Del. State Attorney General
    Dept. Of Justice

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 27th, day of October ,200 6

*L. Royal Fisher*