IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| L. ROYAL FISHER,<br>        Plaintiff,<br><br>V.<br><br>REBECCA MCBRIDE, Clerk/DCC<br>THOMAS CARROLL, Warden/DCC<br>STAN TAYLOR, Commissioner/DOC<br>Mrs. T. Johnson, Counselor/DCC<br>Cindy W., Clerk/DCC<br>Liz.,    "    "<br>K.F.,    "    "<br>Jean,    " /YCC<br>GREGORY E. SMITH, D.A.G.<br>JANE BRADY, (Former) State's A.G.,<br>        Defendants | CIVIL ACTION NO. 04-189-JJF<br><br>AMENDMENT OF PLEADINGS<br><br>§2701. Notice Of Motion And<br>Motion For Leave To Amend<br>Complaint Copy Served With<br>Motion (F.R.C.P. Rule 15(a))<br><br>RD scanned<br>FILED<br>OCT 31 2006<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

TO:   The Defendants and their Attorney(s) _Del. Attorney General_.

You and each of you will please take notice that Plaintiff, upon the affidavit (or declaration) of _L. Royal Fisher #290219_ attached as exhibit A, will at Room ____, United States District Courthouse, City of _Wilmington, DE_ on the date: _11/17/06_, at _10:00_ A.M., or as soon thereafter as the Court will hear Plaintiff, move for an order permitting the Plaintiff to file his proposed Amendment to his Complaint, a copy of which is attached as Exhibit B and served upon you.

Dated: _Oct. 27,_ 2006.

_L. Royal Fisher_
L. ROYAL FISHER,
Plaintiff Pro se
D.C.C. #290219
1181 Paddock Rd.
Smyrna, DE 19977

11

# Table Of Contents

Motion To Reinstate And Amend The Complaint .......... i

Amendment Of Pleadings .......... ii

Motion For Leave To File Supplemental Complaint And To Add Two Defendants .......... 1-2

Statement Of Claims .......... 10-11

Grounds .......... 11-12

Conspiracy .......... 13

Prosecutorial Misconduct .......... 13-14

Mental Anguish .......... 14

Conclusion .......... 14-15

Original Complaint .......... 1-9

Statement Of History .......... 4

Statement Of Facts .......... 5

Statement Of Claims (Of Original Complaint) .......... 6

Relief Sought (Of Original Complaint) .......... 8