L. Royal Fisher
D.C.C. #290219
1181 Paddock Rd.
Smyrna, De
19977

December 18, 2006

Peter J. Dalleo
U.S.D. Court Clerk
844 N. King St.
Wilmington, De 19801

FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Re: Fisher v. Carroll
C.A. No. 04-189-JJF

Dear Mr. Dalleo:

Please find enclosed one original and three copies of a Motion for Request For Production Of Documents in accordance to F.R.C.P. Rule 34. Two copies was sent to the State's Attorney General's Office.

Would you kindly file same in the U.S.D. Court? Thank you.

Respectfully yours,
L. Royal Fisher
L. Royal Fisher