In The United States District Court For The
District Of Delaware

FILED
DEC 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

L. Royal Fisher,
    Plaintiff

V.

Stan Taylor, et al.,
    Defendants

Case No. 1:04-cv-189

Request For Production Of
Documents (F.R.C.P. Rule 34)

Plaintiff, L. Royal Fisher humbly requests defendants and this Honorable Court to respond within 45 days to the following requests:

1) Defendants and this Court produce and permit Plaintiff to inspect and to copy each of the following documents:

(A) Defendants claim that Plaintiff was sent to New Jersey (N.J.) for a parole violation determination. Please see defendants' Answer Brief pages 1 (para. 3); 2 (para. 2); 3 (para. 2); and 4 (para. 1) is not supported by any documents, records, transcripts, etc.

Plaintiff request defendants produce any and all documents pertaining to why Plaintiff was sent to N.J. after the commencement of his Delaware (Del.) sentence which began September 16, 1993.

(B) Any and all specific Del. Statutes, Codes, Rules, Policies, etc. which authorizes the commissioner of the Dept. Of Correction (D.O.C.) Of Del to stop and alter

(1)

the commencement date of Plaintiff's Del. Sentencing order once the Sentence begins.

(C) Any and all transferral records, documents, etc of Plaintiff's transfer to and from N.J. that was authorized by the State of Del. officials (D.O.C.) in the years of 1993 - 2000.

(D) Any and all official correspondence by the State of Del regarding Plaintiff's status in the years of 1993 - 2000.

(E) Official prison custody records of Plaintiff from 1993 - 2000 by the State of Del.

(F) Any and all records, documents, etc. showing the State of Del made a request for Plaintiff's return from the state of N.J. between the years 1993 - 2000.

(G) Produce any and all statutes, codes, Rules and Policies used by the State of Del (D.O.C.) to transfer Plaintiff to N.J. in 1993.

(H) Copies of any Detainers filed against Plaintiff by the State of Del's D.O.C. to the State of N.J. between the years 1993 - 2000.

(I) Produce any and all documents, transcripts, etc. from the state of N.J. supporting a N.J. parole violation in 1993.

2. The U.S. District Court in its finding stated the following:

(A) "On September 30, 1993 Delaware authorities returned Petitioner to the Custody of New Jersey for a determination

(2)

of whether he had violated his New Jersey parole. New Jersey determined that Petitioner had violated his N.J. parole, and he remained in N.J.'s custody until his N.J. parole violation sentence expired on Oct. 31, 2000." See Factual and Procedural Background on pages 2 of the U.S.D. Court's Memorandum Opinion.

(B) "After his DE sentencing, N.J. authorities requested that Petitioner be returned to N.J. to determine if the new crimes violated his N.J. parole. Upon determining that Petitioner had violated his parole, Petitioner remained in N.J.'s custody until he finished his N.J. parole violation sentence." See page 14 (para. 2).

(C) "¹⁰ Even though Petitioner was serving the parole portion of his 40-45 N.J., it still constituted service of the N.J. sentence." See footnote 10 at the bottom of page 15.

Petitioner request that the U.S. District Court produce and permit Petitioner to receive, inspect and to copy any and all documents, records, transcript, etc. from the State of N.J. officials, supporting the three (3) above quoted statements made by the U.S. District Court in its Memorandum Opinion dated June 29, 2005.

## Conclusion

Petitioner humbly request that this Honorable Court order the defendants and the U.S. District Court to produce the requested documents, records, transcripts, etc. supporting the claims set forth in the defendants'

(3)

Answer Brief and the U.S. District Court's Memorandum Opinion. If such documents, records, transcripts, etc. cannot be produced for whatever reason, Petitioner be granted an Evidentiary Hearing with the assistance of an attorney. (Court appointed).

Dated: December 18, 2006.

Respectfully Submitted,

L. Royal Fisher

L. Royal Fisher
D.C.C. #290219
1181 Paddock Rd.
Smyrna, De. 19977

CC: Attorney General Of The State Of Del.
820 North French St.
Wilmington, De. 19801

(4)

# Certificate of Service

I, _L. Royal Fisher_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion for Request For Production Of Documents_ upon the following parties/person (s):

TO: _Attorney General Of the State Of Delaware_
_820 N. French St._
_Wilmington, DE._
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _18th_ day of _December_, 2006

_L. Royal Fisher_

IM R. Royal Fisher
SBI# 290219   UNIT #21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postage stamp: $00.870, DEC 18 2006, MAILED FROM ZIP CODE 19977]

[Stamp: U.S.M.S. X-RAY]

Mr. Peter T. Dalleo
U.S.D. Court Clerk
844 N. King St
Wilmington, De 19801