IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEE ROYAL FISHER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-189-JJF |
| REBECCA MCBRIDE, THOMAS CARROLL, STAN TAYLOR, MRS. T. JOHNSON, CINDY W., LIZ, K.F., and JEAN, | : |
| Defendants. | : |

## O R D E R

NOW THEREFORE, at Wilmington this 12 day of January, 2007, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Reinstate The Complaint (D.I. 11) is **GRANTED**.

2. The Clerk of the Court is directed to **REOPEN** the case.

3. Plaintiff's Motion For Leave To File Supplemental Complaint (D.I. 12) is **GRANTED**.

4. The Complaint and Amended Complaint are **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Amendment of the Complaint would be futile. See Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d. Cir. 1976).

5. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The Clerk of the Court

is directed to send a copy of this Order to the appropriate prison business office.

                                                 /s/ Joseph J. Farnan, Jr.
                                                 UNITED STATES DISTRICT JUDGE